IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:23-CR-44-KAC-JEM |
| JARED GRANT RIDDLE, | ) | |
| BRIAN M. WOODS, and | ) | |
| BARBARA A. SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Brian Woods's Unopposed Motion to Continue Trial and All Associated Deadlines [Doc. 56], filed on February 6, 2024.

Defendant Woods asks the Court to continue the trial date and all associated deadlines by ninety days [Doc. 56 p. 1]. In support of his motion, Defendant Woods asserts that "initial discovery was provided in May 2023 subject to a negotiated Protective Order entered by all parties. [Doc. 24]" and that discovery in this case is voluminous, including over 38,000 pages of records as well as additional supplemental discovery [*Id.*]. "Based on the extensive amount of discovery in this matter additional time is necessary to review and analyze the discovery, conduct necessary investigation, draft any necessary pretrial motions, and otherwise prepare for a trial of this case" [*Id.*]. Additionally, Defendant's motion asserts that counsel for the Government has "indicated that several material witnesses are unavailable for the present trial date" [*Id.*]. Defendant's motion reflects that the Government and Codefendants Smith and Riddle do not oppose the requested

continuance. Counsel for Defendants Smith and Riddle confirmed with the Court that these defendants do not oppose a continuance.

Based upon the information in Defendant Woods's motion and that the Government and Codefendants Smith and Riddle have no objection to a continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that not granting a continuance would both result in a miscarriage of justice and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Counsel for Defendant Woods needs additional time to review and analyze discovery, determine if pretrial motions are appropriate, and otherwise prepare for trial. All of this cannot be done by the April 24, 2024 trial date.

The Court therefore **GRANTS** Brian Woods's Unopposed Motion to Continue Trial and All Associated Deadlines [**Doc. 56**]. The trial of this case is reset to **July 23, 2024**. A new, comprehensive, trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all of the time between the filing of the motion on February 6, 2024, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Brian Woods's Unopposed Motion to Continue Trial and All Associated Deadlines [**Doc. 56**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **July 23, 2024, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

2

(3) all time between the filing of the motion on **February 6, 2024**, and the new trial date of **July 23, 2024**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **March 5, 2024**, and responses to motions are due on or before **March 19, 2024**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **June 21, 2024**;

(6) the deadline for filing motions *in limine* is **July 8, 2024**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **July 9, 2024, at 10:00 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **July 12, 2024**.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

3

Case 3:23-cr-00044-KAC-JEM   Document 57   Filed 02/13/24   Page 3 of 3   PageID #: 174